```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 05181
   RONNIE JACKSON
   VERNITA JACKSON                                  CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-8766     SSN XXX-XX-7702

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/08/2006 and was confirmed 07/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/17/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CONSUMER PORTFOLIO SERVI  SECURED             1691.59        257.56       1691.59
CONSUMER PORTFOLIO SERVI  UNSECURED           2822.26           .00       2822.26
HOUSEHOLD AUTOMOTIVE FIN  SECURED             7850.00        618.40       7850.00
HOUSEHOLD AUTOMOTIVE FIN  UNSECURED           2374.16           .00       2374.16
JEFFRO FURNITURE COMPANY  SECURED              200.00           .00        200.00
JEFFRO FURNITURE COMPANY  UNSECURED             26.54           .00         26.54
WELLS FARGO BANK          CURRENT MORTG          .00            .00           .00
WELLS FARGO BANK          MORTGAGE ARRE       5000.04           .00       5000.04
CAPITAL ONE               UNSECURED         NOT FILED          .00            .00
CAPITAL ONE KMART         UNSECURED         NOT FILED          .00            .00
REDCATS USA               UNSECURED           1444.78          .00        1444.78
FINGERHUT CREDIT ADVANTA  UNSECURED            225.01          .00         225.01
COMED                     UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED         NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           1319.16          .00        1319.16
FIRST PREMIER BANK        UNSECURED         NOT FILED          .00            .00
GUARANTY BANK             UNSECURED         NOT FILED          .00            .00
IL DEPT OF EMPLOYMENT SE  UNSECURED           1442.00          .00        1442.00
LANE BRYANT               UNSECURED         NOT FILED          .00            .00
NICOR                     UNSECURED             93.29          .00          93.29
NUMARK CREDIT UNION       UNSECURED            475.35          .00         475.35
ONE CLICK CASH            UNSECURED         NOT FILED          .00            .00
PAYDAY LOAN               UNSECURED         NOT FILED          .00            .00
PLATINUM B SERVICES       UNSECURED         NOT FILED          .00            .00
ROMANS                    UNSECURED         NOT FILED          .00            .00
SECRETARY OF HOUSING & U  NOTICE ONLY       NOT FILED          .00            .00
TCF BANK                  UNSECURED         NOT FILED          .00            .00
UNITED CASH LOANS         UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED            199.37          .00         199.37
ECAST SETTLEMENT CORP     UNSECURED            302.51          .00         302.51
NICOR GAS                 UNSECURED           1431.69          .00        1431.69
ASPIRE VISA GOLD          FILED LATE           386.61          .00            .00
```

```
US DEPT OF HUD            SECURED NOT I    8087.07              .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY      2,000.00                        2,000.00
TOM VAUGHN                TRUSTEE                                          1,795.88
DEBTOR REFUND             REFUND                                           8,574.81

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 40,144.40

PRIORITY                                            .00
SECURED                                       14,741.63
    INTEREST                                     875.96
UNSECURED                                     12,156.12
ADMINISTRATIVE                                 2,000.00
TRUSTEE COMPENSATION                           1,795.88
DEBTOR REFUND                                  8,574.81
                        ---------------    ---------------
TOTALS                  40,144.40             40,144.40
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 11/29/07             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE